IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAMONT SAPP, | : | 4:16-CV-00289 |
| Plaintiff, | : | (Judge Brann) |
| V. | : | |
| PENNSYLVANIA STATE UNIVERSITY, | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 2nd day of May 2016 upon consideration of a letter filed by Plaintiff on April 13, 2016, ECF No. 8, requesting dismissal of Plaintiff's case without prejudice, and requesting a docket sheet on the status in this case, **IT IS ORDERED THAT:**

1. Plaintiff's letter to request the dismiss the case without prejudice, ECF No. 8) is GRANTED, and the clerk is directed to CLOSE this case.

2. The clerk is directed to mail a copy of the docket sheet and this Order to plaintiff at the following address: Cumberland County Prison, 1101 Claremont Road, Carlisle, PA 17015.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge